IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KEITH WAYNE GRAYSON**                                                    **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 4:06CV116TSL-LRA**

**SHERIFF TODD KEMP and**
**OFFICER MARY McLENDON**                                                **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge Linda R. Anderson entered in this cause on or about February 5, 2008, and the court, having adopted said report and recommendation as the finding of this court by order dated this day, finds that defendants' motion to dismiss should be granted and this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

IT IS SO ORDERED, this the   22nd   day of   February, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE